UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA PARKS,<br><br>                Plaintiff,<br>   v.<br><br>WALGREEN CO, a foreign profit corporation, D/B/A WALGREEN STORE #3514; and J. DOES 1-10,<br><br>                Defendants. | CASE NO. 3:21-cv-05139-LK<br><br>ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT WALGREEN CO. AND ORDER TO SHOW CAUSE |

THIS MATTER comes before this Court by way of stipulation by Plaintiff Patricia Parks and Defendant Walgreen Co. to dismiss all claims against Walgreen Co. with prejudice and without fees or costs. Dkt. No. 16. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate that all claims against Walgreen Co. shall be dismissed with prejudice and without an award of fees or costs to any party. Dkt. No. 16. Thus, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation

is self-executing. All claims against Defendant Walgreen Co. are DISMISSED with prejudice and without costs or attorney's fees to any party.

The Court notes that the stipulation between Plaintiff and Defendant Walgreen Co. makes no mention of defendants J. Does 1-10. To date, Plaintiff has not provided proof that proper service of the Complaint has been made on defendants J. Does 1-10, as required by Federal Rule of Civil Procedure 4(m). Plaintiff is ORDERED to show cause by February 28, 2022 why defendants J. Does 1-10 should not be dismissed without prejudice for failure to prosecute. Absent a timely response to this order, defendants J. Does 1-10 shall be dismissed without prejudice. Alternatively, Plaintiff may dismiss her claims against the remaining defendants by filing a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 14th day of February, 2022.

Lauren King
United States District Judge